IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:12cr13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| TOMMY LEE HARRISON, JR. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss. [Doc. 3].

For the reasons stated in the motion, it is granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion Dismiss [Doc. 3] is hereby **GRANTED** and this action is hereby **DISMISSED** with prejudice.

Signed: April 26, 2012

Martin Reidinger
United States District Judge